```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

ROSEMARIE SANCHEZ,

                Defendant.

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby **ORDERED** that there will be a conference today, i.e., Friday, April 5, at 1:00 PM regarding the Defendant's appeal of a bail determination.

**SO ORDERED.**

Dated:    5 April 2024
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.