

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

August 8, 2025

<u>Via ECF</u>
Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/12/2025
```

Re:  United States v. Rosmarie Sanchez, 21 Cr. 093 (VM)

Dear Judge Marrero,

    I represent Ms. Sanchez in the above-referenced matter. I write to respectfully request permission for attorney Karloff Commissiong to stand in for me on behalf of Ms. Sanchez at the status conference scheduled for August 14th at 12:00p.m., as I will be out of town. I have discussed this matter with Ms. Sanchez, who has no objection to this arrangement.

    Thank you for consideration of this application.

                                          Respectfully Submitted,



SO ORDERED.
8/12/2025
DATE
VICTOR MARRERO, U.S.D.J.

100 Church Street, 8th Fl, NY 10007  w eocdlaw.com  facebook.com/OnaodowanDelince  twitter.com/OandDLaw