

**The Law Offices of**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    **c** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    **c** 917.238.9332

February 2, 2026

**VIA ECF**

Hon. Victor Marrero
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/3/2026___

Re: <u>United States v. Rosmarie Sanchez</u>, 21 Cr. 093 (VM)

Dear Judge Morrero,

We represent Rosmarie Sanchez in the above-mentioned matter. We have a breakdown in communication with Ms. Sanchez and believe new counsel should be appointed. Accordingly, my co-counsel Esere Onadowan and I respectfully request that the Court schedule a conference for Friday February 6, 2026, to address this matter.

Although we are retained, Ms. Sanchez can no longer afford to hire a new attorney. Therefore, we ask that we be relieved and that CJA counsel be appointed.

Respectfully Submitted,

Christine Delince, Esq.

Request **GRANTED**.
The Court schedules a hearing on Friday, February 6, 2026, at 12:30 PM.

**SO ORDERED.**

2/3/2026
**DATE**                    VICTOR MARRERO, U.S.D.J.