```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/4/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       - against -

ROSEMARIE SANCHEZ,

          Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for February 6, 2026, is hereby rescheduled to February 13, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    4 February 2026
         New York, New York

                    Victor Marrero
                    U.S.D.J.