USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/5/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

ROSEMARIE SANCHEZ,

              Defendant.

---

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for February 13, 2026, is hereby rescheduled to February 20, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    5 February 2026
          New York, New York

Victor Marrero
U.S.D.J.